No. 12M95.  JAFFE *v.* PREGERSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 12–142.  MUTUAL PHARMACEUTICAL CO., INC. *v.* BARTLETT.  C. A. 1st Cir.  [Certiorari granted, *ante*, p. 1045.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 12–307.  UNITED STATES *v.* WINDSOR, EXECUTOR OF THE ESTATE OF SPYER, ET AL.  C. A. 2d Cir.  [Certiorari granted, *ante*, p. 1066.]  Joint motion for enlargement of time and divided argument granted, and the time is to be divided as follows: On the jurisdiction issues, the Court-appointed *amicus curiae* is allotted 20 minutes, the Solicitor General is allotted 15 minutes, and respondent Bipartisan Legal Advisory Group of the United States House of Representatives is allotted 15 minutes.  On the merits, respondent Bipartisan Legal Advisory Group of the United States House of Representatives is allotted 30 minutes, the Solicitor General is allotted 15 minutes, and respondent Edith Windsor is allotted 15 minutes.

No. 12–418.  UNITED STATES *v.* KEBODEAUX.  C. A. 5th Cir.  [Certiorari granted, *ante*, p. 1119.]  Motion of the Solicitor General to dispense with printing joint appendix granted.

No. 12–8191.  MISSUD *v.* SECURITIES AND EXCHANGE COMMISSION ET AL.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until March 25, 2013, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 12–8538.  IN RE AGENT.  Petition for writ of mandamus denied.

No. 12–574.  WALDEN *v.* FIORE ET AL.  C. A. 9th Cir.  Certiorari granted.